UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:05CV476**

| | |
|---|---|
| WENDELL D. COOPER, )<br>    Plaintiff, )<br>v. )<br>    )<br>CHARLOTTE-MECKLENBURG )<br>BOARD OF EDUCATION, )<br>    Defendants. )<br>    ) | **ORDER** |

**THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled to the **May 7, 2007 term of court at 10:00 a.m.** in Charlotte.

So ordered.

Signed: January 23, 2007

Graham C. Mullen
United States District Judge