# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Wendell Cooper,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                            3:05-cv-476-MU

Charlotte-Mecklenburg Board
of Education,

        Defendant(s).


DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 22, 2007 Order.

**Signed: February 23, 2007**

Frank G. Johns, Clerk
United States District Court